AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM 12:4
RECEIVED JUL 22 '24

FID
2182004

United States of America
v.
Jeffrey Michael Felder

*Defendant*

) Case: 1:24-mj-00226
) Assigned To : Judge G. Michael Harvey
) Assign. Date : 7/22/2024
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jeffrey Michael Felder
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 (Conspiracy to Interfere with Interstate Commerce by Robbery)

Date: 07/22/2024

Digitally signed by
G. Michael Harvey
Date: 2024.07.22
11:15:17 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/1/24, and the person was arrested on *(date)* 10/15/24
at *(city and state)* Atlanta, GA

Date: 10/15/24

*Arresting officer's signature*

DUSM C. Smith
*Printed name and title*